AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Jesse Lee Brown, | ) Case No. 4:20-mj-70882-MAG |
| | ) |
| | ) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| | ) |
| *Defendant(s)* | |

**FILED**
Jul 01 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 29, 2020 in the county of Contra Costa in the Northern District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession a firearm and ammunition. |

Penalties:
10 years imprisonment;
$250,000 fine; forfeiture; and
3 years supervised release

This criminal complaint is based on these facts:

See attached Affdiavt of Special Agent, June Piniewski, Federal Bureau of Investigation

☑ Continued on the attached sheet.

Approved as to form: *#g#H\ca UgF"; fYYb*
AUSA THOMAS R. GREEN

*/s/ June Piniewski*
*Complainant's signature*

FBI Special Agent June Piniewski
*Printed name and title*

Uy qtp"\q"dghqtg"o g"qxgt"vj g"vgrngrj qpg"cpf "uki pgf "d{"o g
r wtuwcpv"\q"Hgf 0T0Etko 0R0603"cpf "6*f +"qp<

Date: 07/01/2020

City and state: Oakland, CA

*Kandis Westmore*
*Judge's signature*

Hon. KANDIS A. WESTMORE
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, June Piniewski, Special Agent with the Federal Bureau of Investigation, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since February 2015. As a Special Agent with the FBI, my duties and responsibilities include conducting criminal investigations for possible violations of federal law, particularly those found in Title 21 and Title 18 of the United States Code. I have had extensive training in law enforcement investigation techniques, including but not limited to 800 hours of training at the FBI Academy at Quantico, Virginia. Prior to joining the FBI, I was a Deputy Sheriff in Hillsborough County, Florida, where I participated in the investigation of various crimes, including violent crimes.

2. I am currently assigned to the Contra Costa County Safe Streets Task Force ("SSTF") of the FBI's San Francisco Field Division in the Concord Resident Agency. During my law enforcement career, particularly as a FBI Special Agent, I have participated in numerous violent crime investigations including bank robbery, commercial armed robbery, prohibited possession of firearms, armored car robbery, narcotics trafficking, firearms trafficking, adult kidnapping, abductions of children, child pornography, child prostitution, sex trafficking, and received both formal and informal training regarding a variety of investigations. I have participated in physical surveillance operations and have participated in the execution of state and federal arrest warrants and search warrants.

3. I know that it is a violation of Title 18, United States Code, Section 922(g)(1) for any person knowing he had been previously convicted of a crime punishable by imprisonment

for a term exceeding one year to knowingly possess any firearm or ammunition that has been shipped or transported in interstate commerce.

4. I submit this affidavit in support of a Criminal Complaint and Arrest Warrant for **Jesse Lee BROWN ("BROWN")**. I submit this affidavit for the limited purpose of establishing probable cause to issue a criminal complaint and have not included every fact known to me concerning the investigation described below. The information in this affidavit is based upon my personal knowledge and information as well as information provided by other law enforcement officers involved in the investigation of **BROWN.**

5. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that **BROWN** engaged in conduct that constitutes the following federal offense: Felon in Possession of a Firearm and Ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## PROBABLE CAUSE

*BROWN is Arrested in Possession of a Machine Gun with a High Capacity Magazine*

6. According to a report written by Richmond Police Officer McDonell ("Officer McDonell"), on May 29, 2020, at approximately 1:51 p.m., he was working patrol in the City of Richmond. At the time, he was wearing a full Richmond Police uniform with a silver badge affixed to his chest and was driving a fully marked police vehicle (unit #1119). While traveling westbound on Barrett Avenue from 18th Street, he observed a black Mercedes 4-door sedan bearing California plate 6PPE051, approximately 20 feet in front of his patrol car. As Officer McDonell approached the intersection of Barrett Avenue and Marina Way, the signal light for westbound traffic changed from green to yellow. As the light changed, the Mercedes suddenly entered the left turn lane, which turns southbound onto Marina Way. The intersection is

controlled by a solid signal light, which requires vehicles turning southbound onto Marina Way from Barrett Avenue to yield to eastbound Barrett Avenue traffic prior to executing the turn. As the Mercedes entered the left turn lane, the signal light changed from yellow to red. The Mercedes had not entered the intersection at that point, and two vehicles in the eastbound lanes were still proceeding through the intersection. The Mercedes suddenly sped into the intersection, against the red light, and conducted a left turn on Marina Way, traveling southbound. Officer McDonell waited for the light to re-cycle to green, then followed in the direction of the Mercedes, southbound on Marina Way, to conduct a traffic enforcement stop. Officer McDonnell then observed the Mercedes turn westbound onto MacDonald Avenue. As Officer McDonell made the turn, the Mercedes abruptly parked along the north curb line of MacDonald Avenue, just west of 13th Street. Officer McDonell drove past the parked Mercedes. As he passed the Mercedes he observed the vehicle did not have a front license plate. After Officer McDonnell passed the Mercedes, he observed with his rear-view mirror that the Mercedes suddenly made a U-turn and headed eastbound on MacDonald Avenue away from the direction of the patrol car. It appeared that the Mercedes was intentionally avoiding police.

7. Officer McDonell made a U-turn to pursue the Mercedes. At the intersection of Marina Way and Bissell Avenue, Officer McDonell finally conducted a traffic enforcement stop. After exiting his patrol vehicle, he made contact with both occupants of the vehicle: a male adult driver and a female adult passenger. He advised them of the reason for the traffic stop, and asked for a valid driver's license, registration, and proof of insurance. The passenger advised that the vehicle belonged to her and provided Officer McDonell with paperwork from the glove box. Both occupants, stated they had no valid identification on their person. The passenger identified

herself as the name on the paperwork, initially providing one name to Officer McDonell before providing a second name by the conclusion of the police encounter.

8. The driver, ultimately identified as **BROWN**, advised that he did not have any identification with him, he identified himself as "Jahaylon Brown" and provided a date of birth. Officer McDonell felt **BROWN** seemed nervous and unsure when providing his name, and informed **BROWN** that he would remove him from the vehicle for further investigation if he was lying. **BROWN** affirmed that his name was "Jahaylon Brown." A records check of the name "Jahaylon Brown" and the date of birth **BROWN** provided revealed no record return. Officer McDonell detained the driver and confirmed with the passenger that the vehicle was hers, to which she stated, "yes." Officer McDonell asked the passenger if there was anything illegal inside the vehicle, to which she replied, "no." The passenger gave Officer McDonell verbal consent to search the vehicle.

9. While conducting the vehicle search, on the floorboard behind the driver's seat Officer McDonell located a shopping bag. Officer McDonell picked up the bag by the paper handles, and it felt heavy. Upon opening the bag, Officer McDonell observed the lower frame of a Glock-style firearm facing up. He also observed the serial number (#BCRC775) on the lower frame. There was no magazine inserted in the well. Inside the bag next to the firearm, he observed a black 31-round, Glock-style magazine. He observed a single live round inserted in the top of the magazine. Officer McDonell was also able to observe a small black piece with a silver button on the back of the Glock slide. He believed this piece to be a Glock auto-sear modification. Crime scene technician Officer Wright processed the firearm and took custody of it.

10.     **BROWN** was placed under arrest and read his *Miranda* rights, to which he advised he understood. **BROWN** made a number of statements, including the following: His real name is **Jesse Lee BROWN**. He provided his brother's name Jahaylon instead of his own to conceal his identity. Several months ago, he was given the firearm by his friend "Smerkish." "Smerkish" asked **BROWN** to take the firearm because he was incarcerated, however he does not know "Smerkish's" real name. **BROWN** does not know the make or model of the firearm that was recovered in the Mercedes. He was unsure if the firearm was loaded, and he was also unsure if there were live rounds inside of the magazine. **BROWN** stated that the passenger had no knowledge of the firearm inside the vehicle. He did not want her getting in trouble. He carries the firearm with him for "safekeeping" until his friend is released from prison. **BROWN** advised he was released in from prison in Nevada for a "gun"-related incident. During that incident, he discharged a firearm "in self-defense" and he "had to do some time" as a result of the altercation. BROWN stated he had been arrested previously in California and Nevada. He also stated he was released from prison in 2017 out of Las Vegas.

11.     **BROWN** was arrested on charges of violating Penal Code § 29800(a)(1) – Felon in Possession of a Firearm; Penal Code § 30305(a)(1) – Felon in Possession of Ammunition; Penal Code § 25400(a)(1) – Convicted Person with a Concealed Firearm in a Vehicle; Penal Code § 32625(a) – Possession of a Machine Gun; and Penal Code § 29825(a) – Unlawful Firearm Activity.

12.     According to Officer Wright's report, he transported the firearm and magazine to the Richmond Police Department. He observed the magazine contained eighteen (18) unspent rounds. Fourteen (14) of the unspent rounds had a headstamp of FC 9mm Luger and four (4) of the unspent rounds had a headstamp of NFCR 9mm Luger. Officer Wright noticed an automatic

sear on the slide of the firearm which converts the firearm into a fully automatic handgun. A functions check was conducted on the firearm and Officer Wright was able to cycle the firearm multiple times without having to remove his finger from the trigger. While conducting the function check, Officer Wright heard the firing pin engage which led him to believe the firearm was fully functional. Below is a photograph of the firearm, extended magazine and the attached automatic sear on the slide:



13. The automatic sear (or auto sear) attached to the rear of the firearm, sometimes referred to as an automatic switch (or auto switch) is a machine gun conversion device, which is specifically used to convert a semi-automatic Glock pistol to a firearm that fires automatically, a machine gun. Under federal law, a "Glock" automatic switch is a machine gun, which cannot be

lawfully possessed. The auto sear affixed to **BROWN's** Glock firearm bears a "Glock" logo and "Made in Austria" branding that I have seen on other "Glock" auto switches that have been trafficked in the Bay Area. I know from training, experience, and consultation with other law enforcement officers that Glock manufactures certain models of machine gun pistols, however Glock does not manufacture machine gun conversion devices for sale to the general public. Therefore, the aforementioned Glock automatic switches were designed by a person or persons that were fraudulently using the Glock logo. It is likely that the depicted Glock automatic switches, with the fraudulently used "Glock" and "Made in Austria" labeling, are designed this way because, as far as I know through my training and experience, the switches are solely designed for use with semi-automatic pistols manufactured by Glock. On June 19, 2020, at the Richmond Police Department, I viewed and took photographs of the firearm, the automatic sear and each round with Officer McDonell. Below is a photograph of **BROWN's** firearm depicting the automatic sear attached to the rear that is designed to convert the firearm into a fully operational automatic machine gun.



## *BROWN's Criminal History and Relevant Court Orders*

14.     **BROWN** currently is the restrained person in a Domestic Violence Order issued by the Contra Costa County court, in which he must not: contact, molest, attack, strike, threaten, sexually assault, batter, telephone, send any messages to, follow, or disturb the peace of the protected person. He also must not: possess, purchase, or receive any firearms or ammunition. The restraining order was served on October 31, 2019, and expires on October 31, 2020. I do not presently know the circumstances that led to the issuance of the Domestic Violence Order restraining BROWN's conduct and prohibiting his possession of firearms and ammunition.

15.     On June 22, 2011, **BROWN** pled guilty and was convicted of attempted murder, in violation of Nevada Revised Statute Sections 200.010, 200.030 and 193.330, for shooting into a crowd of people and severely injuring an innocent bystander to an altercation between **BROWN** and other persons. The shooting incident was on or about August 29, 2009. According to the police report, the shooting occurred in the area of the Margaritaville restaurant at the Flamingo Hotel Casino, located at 3555 South Las Vegas Boulevard, Las Vegas, Nevada. The report describes the incident as such: **BROWN** was walking alone toward the north end of Margaritaville when he was approached by three (3) men. One of the men punched **BROWN** knocking him to the ground. **BROWN** got up and began walking across the street towards Caesars Palace. He stopped in the middle of the street and retrieved a handgun from his right pants pocket. **BROWN** began walking back towards the crowd outside of the Margaritaville restaurant and began to shoot into the crowd, seemingly attempting to shoot the subject that punched him. **BROWN** shot one of the citizens in the crowd in both of her legs. **BROWN** received a sentence of up to 12 years in prison, with eligibility for parole after 3 years in prison.

16. According to **BROWN's** criminal history report, his attempted murder conviction was his third gun crime conviction. In 2007 he suffered two misdemeanor firearm convictions. In or around February 2007, he was convicted of carrying a concealed weapon, following his arrest for the same crime in or around October 2005. And in or around July 2007, he was convicted of carrying a concealed weapon, following his arrest for that crime earlier that month. I have an outstanding request for certified conviction records for these two convictions to confirm the sentences imposed in each case.

17. **BROWN** has numerous arrests that did not result in convictions. In the state of California, **BROWN** has been arrested approximately three (3) times for charges related to firearms and approximately four (4) times for charges related to false personation or obstruction of justice. In the state of Nevada, **BROWN** has been arrested approximately six (6) times for charges related to firearms and/or assault with a deadly weapon and approximately two (2) times for charges related to fictitious identification or obstruction of justice.

### *Interstate Nexus*

18. The firearm recovered from the vehicle is a Glock, serial number BCRC775, handgun was recovered. **BROWN** stated the firearm was his. Bureau of Alcohol, Tobacco, and Firearms ("ATF") Special Agent Richard Timbang ("Agent Timbang"), a certified National Firearms Act ("NFA") expert, reviewed photographs of the Glock and ammunition. According to Glock customer service, all Glock firearms are either shipped to and/or assembled at their facility, 6000 Highlands Parkway, Smyrna, Georgia 30082. All Glock firearms are then shipped distributors across the United States.

19. On June 19, 2020, I verified the headstamp photos of the 9mm caliber ammunition recovered from the vehicle. Fourteen (14) rounds contained a headstamp of "FC

9mm Luger" and four (4) rounds contained a "NFCR 9mm Luger" headstamp. Below are two photographs of the ammunition found inside the magazine which depict the two different headstamps:




I know from my training and experience and discussions with other law enforcement officers that FC refers to Federal Cartridge, the manufacturer of all eighteen (18) total rounds. According to customer service at Federal Cartridge, the majority of their 9mm luger ammunition is manufactured in Anoka, Minnesota. On occasion, their 9mm luger ammunition is manufactured with CCI-Speer located in Lewiston, Idaho. The ammunition is then distributed to retailers throughout the United States.

## CONCLUSION

20.     Based on the above information, I submit that there is probable cause to believe that, on or about MAY 29, 2020, in the Northern District of California, the Defendant, **Jesse Lee**

**BROWN**, committed the following federal offense: Felon in Possession of a Firearm and of Ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

21. I respectfully request that the Court sign the requested criminal complaint and issue the requested arrest warrant for **BROWN**.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_/s/ June Piniewski_
June Piniewski
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by phone on this ~~------day of June, 2020~~ 1st day of July, 2020

_Kandis Westmore_
THE HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE