Jeremy Pasternak (State Bar No. 181618)
jdp@pasternaklaw.com
Deanna L. Maxfield (State Bar No. 291913)
dm@pasternaklaw.com
Law Offices of Jeremy Pasternak
354 Pine Street, Fifth Floor
San Francisco, CA 94104
Telephone: (415) 693-0300
Facsimile: (415) 693-0393

Attorneys for Plaintiff
BRITTNEY BLANCO

Thomas F. Bertrand, State Bar No. 056560
Ethan M. Lowry, State Bar No. 278831
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990
         tbertrand@bfesf.com
         elowry@bfesf.com

Attorneys for Defendant
CITY OF ANTIOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY BLANCO, an individual,<br><br>          Plaintiff,<br>v.<br><br>ANTIOCH POLICE DEPARTMENT, a governmental entity; CITY OF ANTIOCH, a governmental entity; and Does 1-20, inclusive,<br><br>          Defendants. | Case No. 3:20-cv-02764-TSH<br><br>**STIPULATION RE: EXTENSION OF DEADLINE TO COMPLETE MEDIATION**<br><br>Complaint Filed:   April 21, 2020<br>Trial Date:            May 16, 2022 |

1 | The parties, through their respective counsel, stipulate and request as follows:

2 | WHEREAS, the Court in its Case Management Scheduling Order [ECF No. 24] referred the parties to court-sponsored mediation; and

WHEREAS, the parties were assigned by the ADR Clerk to Otis McGee, Esq., at JAMS for mediation; and

WHEREAS, the parties have met and conferred about the discovery they each need to conduct prior to mediation in order to have productive settlement negotiations at mediation; and

WHEREAS, the parties have agreed that they will perform limited written discovery and that Defendant will take Plaintiff's deposition in advance of mediation; and

WHEREAS, during the initial scheduling phone call with Mr. McGee, Mr. McGee informed the parties that the Court has set a deadline of October 21, 2020, to complete mediation; and

WHEREAS, given the schedules of the parties and their counsel, the parties are planning to schedule Plaintiff's deposition for late October or early November, 2020; and

WHEREAS, given this, and the discovery that the parties have agreed to conduct in advance of mediation, the parties do not believe it is feasible to complete mediation by October 21, 2020:

THEREFORE, the parties respectfully request this Court extend the deadline for the parties to complete mediation to January 21, 2021.

Dated:  September 23, 2020             BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


                                       By: */s/ Ethan M. Lowry*
                                           Thomas F. Bertrand
                                           Ethan M. Lowry
                                           Attorneys for Defendant
                                           CITY OF ANTIOCH

///

| | |
|---|---|
| Dated: September 23, 2020 | LAW OFFICES OF JEREMY PASTERNAK |
| | By: */s/ Deanna L. Maxfield* |
| | Jeremy Pasternak |
| | Deanna L. Maxfield |
| | Attorneys for Plaintiff |
| | BRITTNEY BLANCO |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

Hon. Thomas S. Hixson
U.S. Magistrate Judge